IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

RODNEY HUNT, INDIVIDUALLY
AND ON BEHALF OF THE WRONGFUL
DEATH HEIRS AND ESTATE OF
DELMA LOUISE HUNT                                                                              PLAINTIFFS

VS.                                                           CIVIL ACTION NO. 5:04cv188DCBJMR

MARINER HEALTH CARE, INC. f/k/a
MARINER POST-ACUTE NETWORK, INC.
GRANCARE, INC.; EVERGREEN HEALTHCARE
INC.                                                                                              DEFENDANTS

## ORDER OF DISMISSAL

The plaintiff having expressed his intention to dismiss this action without prejudice as to all defendants and the defendants having agreed to plaintiffs' stipulation of dismissal, this Court finds that this matter should be dismissed without prejudice as to all defendants.

IT IS, THEREFORE, ORDERED that this case is hereby dismissed without prejudice as to all parties. .

SO ORDERED, this the 17th day of March, 2006.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE